UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Leonardo Chavez<br>    Kelley A Chavez<br>          Debtor(s) | Case No. 14 B 02667 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on <u>01/29/2014</u>.

    2) The plan was confirmed on <u>06/04/2014</u>.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u>NA</u>.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on <u>04/07/2015, 10/28/2015, 12/29/2015</u>.

    5) The case was Dismissed on <u>01/06/2016</u>.

    6) Number of months from filing to last payment: <u>23</u>.

    7) Number of months case was pending: <u>29</u>.

    8) Total value of assets abandoned by court order: <u>NA</u>.

    9) Total value of assets exempted: <u>NA</u>.

    10) Amount of unsecured claims discharged without payment: <u>$0.00</u>.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $13,518.00 |
| Less amount refunded to debtor | $505.30 |
| **NET RECEIPTS:** | **$13,012.70** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $452.46 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,952.46** |

Attorney fees paid and disclosed by debtor:     $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Abc Credit & Recovery | Unsecured | 219.00 | NA | NA | 0.00 | 0.00 |
| Affiliated Podiatrists | Unsecured | 0.00 | 252.00 | 252.00 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 1,877.00 | 1,841.91 | 1,841.91 | 151.36 | 0.00 |
| American MRI | Unsecured | 3,754.75 | NA | NA | 0.00 | 0.00 |
| America's Financial Choice | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| America's Financial Choice | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| America's Financial Choice | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| America's Financial Choice | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Athletico | Unsecured | 2,434.67 | NA | NA | 0.00 | 0.00 |
| Aurora Loan Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase Manhattan Mortga | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase Manhattan Mortga | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase Mortgage | Unsecured | 58,615.00 | NA | NA | 0.00 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | 5,436.00 | 5,436.95 | 5,436.95 | 446.80 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | 466.00 | 466.09 | 466.09 | 38.30 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | 465.00 | NA | NA | 0.00 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | 408.00 | 408.98 | 408.98 | 33.61 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | 0.00 | 140.00 | 140.00 | 7.42 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | 0.00 | 1,551.08 | 1,551.08 | 127.46 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Chicago Patrolmen's Fed Credit Union | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | NA | 424.74 | 424.74 | 34.90 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | 0.00 | 68.51 | 68.51 | 5.12 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | 0.00 | 4,895.75 | 4,895.75 | 402.32 | 0.00 |
| Citi Residential Lendi/CitiMortgage | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citibank Usa | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City Ntl Bk/Ocwen Loan Service | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City Ntl Bk/Ocwen Loan Service | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank/New York & Company | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Core Physical Therapy Clinics, LLC | Unsecured | 322.50 | NA | NA | 0.00 | 0.00 |
| Debt Recovery Solutions | Unsecured | 65.00 | 65.87 | 65.87 | 5.41 | 0.00 |
| Dependon Collection Se | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | 0.00 | 457.20 | 457.20 | 37.58 | 0.00 |
| ECast Settlement Corp | Unsecured | 0.00 | 1,507.98 | 1,507.98 | 123.93 | 0.00 |
| Enhanced Recovery Corp | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| Enterprise Recovery Systems, Inc. | Unsecured | 143.94 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Freedman Anselmo Lindberg | Unsecured | 16,607.97 | NA | NA | 0.00 | 0.00 |
| Freedman Anselmo Lindberg | Unsecured | 15,001.16 | NA | NA | 0.00 | 0.00 |
| Grant & Weber Inc | Unsecured | 1,731.00 | NA | NA | 0.00 | 0.00 |
| Grant & Weber Inc | Unsecured | 238.00 | NA | NA | 0.00 | 0.00 |
| Green Tree Servicing LLC | Unsecured | 0.00 | 24,615.55 | 24,615.55 | 2,022.88 | 0.00 |
| HFC/Beneficial Mtg Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HFC/Beneficial Mtg Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HFC/Beneficial Mtg Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Hsbc / Aib | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Hsbc/Carsn | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC/MSCPI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Hsbc/rhode | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| I.U.E.C. Local 2 | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service, Inc. | Unsecured | 334.30 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service/ICS | Unsecured | 259.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service/ICS | Unsecured | 246.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service/ICS | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service/ICS | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service/ICS | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Jb Robinson | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Joel A. Feder, DPM | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| Merchants Cr | Unsecured | 237.00 | NA | NA | 0.00 | 0.00 |
| Merchants Cr | Unsecured | 292.00 | NA | NA | 0.00 | 0.00 |
| Midwest Academy of Pain and Spine | Unsecured | 5,119.85 | NA | NA | 0.00 | 0.00 |
| Midwest Orthopedics at Rush LLC | Unsecured | 37.50 | NA | NA | 0.00 | 0.00 |
| Mila Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Mila Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCEP LLC | Unsecured | 11,151.87 | 18,443.34 | 18,443.34 | 1,515.66 | 0.00 |
| Northwest ENT | Unsecured | 304.12 | NA | NA | 0.00 | 0.00 |
| Northwestern Memorial Phys. Group | Unsecured | 312.90 | NA | NA | 0.00 | 0.00 |
| Paramedic Services of Illinois | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 376.00 | 551.91 | 551.91 | 45.36 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Pinnacle Credit Servic | Unsecured | 664.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 2,959.00 | 2,958.92 | 2,958.92 | 243.16 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PYOD | Unsecured | 0.00 | 763.67 | 763.67 | 62.75 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 512.99 | 512.99 | 42.15 | 0.00 |
| RJM Acquisitions LLC | Unsecured | NA | 67.84 | 67.84 | 5.08 | 0.00 |
| RMC Pathology Associates | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Rnb-fields3/Macy's | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Rnb-fields3/Macy's | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sears/Cbna | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Select Portfolio Servicing | Secured | 291,145.00 | 378,976.31 | 378,976.31 | 0.00 | 0.00 |
| Select Portfolio Servicing | Secured | 4,208.99 | 3,708.99 | 3,708.99 | 3,708.99 | 0.00 |
| Springleaf Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Surety Fin | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Target Nb | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| T-Mobile Financial | Unsecured | 1,174.06 | NA | NA | 0.00 | 0.00 |
| Transworld Systems Inc | Unsecured | 58.50 | NA | NA | 0.00 | 0.00 |
| US Dept Of Education | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Village Auto Body & Towing Inc | Unsecured | 815.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wellsfargo | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wellsfargo | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $378,976.31 | $0.00 | $0.00 |
| Mortgage Arrearage | $3,708.99 | $3,708.99 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$382,685.30** | **$3,708.99** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$65,431.28** | **$5,351.25** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,952.46 |
| Disbursements to Creditors | $9,060.24 |
| **TOTAL DISBURSEMENTS** : | **$13,012.70** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/20/2016                    By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**